# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150725(195)(198)

MARKELL VANSLEMBROUCK, Minor, by and
through ERIC BRAVERMAN, Conservator,
        Plaintiff-Appellee,
and

KIMBERLY A. VANSLEMBROUCK,
        Plaintiff,

v

ANDREW JAY HALPERIN, M.D., and WILLIAM
BEAUMONT HOSPITAL,
        Defendants-Appellants,
and

MICHIGAN INSTITUTE OF GYNECOLOGY
AND OBSTETRICS, P.C.,
        Defendant.
_____/

SC: 150725
COA: 309680
Oakland CC: 2006-074585-NH

On order of the Chief Justice, the separate motions of the Michigan Defense Trial Counsel and the Michigan Association for Justice to participate as amici curiae are GRANTED. The amicus brief submitted by the Michigan Association for Justice on April 14, 2015, is accepted for filing. An amicus brief from the Michigan Defense Trial Counsel will be accepted for filing if submitted on or before May 7, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2015

